No. 81, October Term, 1969. SIMMONS ET UX. v. WEST HAVEN HOUSING AUTHORITY, 399 U. S. 510;

No. 661, October Term, 1969. HELLENIC LINES LTD. ET AL. v. RHODITIS, 398 U. S. 306;

No. 830, October Term, 1969. CHAMBERS v. MARONEY, CORRECTIONAL SUPERINTENDENT, 399 U. S. 42;

No. 1310, Misc., October Term, 1969. LEE v. FAULKNER, SHERIFF, 399 U. S. 919;

No. 1590, Misc., October Term, 1969. MURRAY v. MURRAY, 399 U. S. 902; and

No. 1730, Misc., October Term, 1969. TAYLOR v. CALIFORNIA, 399 U. S. 901. Petitions for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.

No. 1398, October Term, 1969. ALOE CREME LABORATORIES, INC. v. MILSAN, INC., ET AL., 398 U. S. 928;

No. 1424, October Term, 1969. ALOE CREME LABORATORIES, INC. v. AMERICAN ALOE CORP., 398 U. S. 929;

No. 1459, October Term, 1969. RUEHLMANN, EXECUTOR v. COMMISSIONER OF INTERNAL REVENUE, 398 U. S. 950;

No. 1495, October Term, 1969. CIMINI v. UNITED STATES, 398 U. S. 939;

No. 1502, October Term, 1969. McGEE v. UNITED STATES, 398 U. S. 951;

No. 1183, Misc., October Term, 1969. HIGGINS v. UNITED STATES, 398 U. S. 279;

No. 1195, Misc., October Term, 1969. LEWIS v. KROPP, WARDEN, 398 U. S. 952; and

No. 1923, Misc., October Term, 1969. BROWN v. UNITED STATES, 398 U. S. 941. Petitions for rehearing denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.